## Bottone Appeal.

Before BELL, C. J., MUSMANNO, JONES, COHEN, EAGEN, O'BRIEN and ROBERTS, JJ.

*Sanford S. Finder,* for appellant.

OPINION PER CURIAM, February 6, 1967:

The petition for allowance of appeal is granted. The order of the Superior Court affirming the order of the Juvenile Court of Washington County is vacated and the record remanded to the Juvenile Court of Washington County with directions to conduct a prompt hearing and to enter an order determining the custody of the children after notice to all parties in interest.